UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MICHAEL EDWARDS,

              Plaintiff,

v.

HEIDI WASHINGTON et al.,

              Defendants.

_____/

Case No. 1:20-cv-908

Honorable Paul L. Maloney

**JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** as

frivolous or for failure to state a claim pursuant to 28 U.S.C. § 1915A and 42 U.S.C. § 1997e(c).


Dated:    November 19, 2020              /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge